FILED
2016 Apr-15 PM 03:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

PROB 22 (Rev. 2/88)

**TRANSFER OF JURISDICTION**

FILED
2016 APR 15 P 2:18

DOCKET NUMBER (Tran. Court): 2:15CR00009-002

DOCKET NUMBER (Rec. Court): ND/AL 2:16-CR-112-VEH

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Brittney Ryan Hooks<br>Northern District of Alabama - Birmingham | Western District of Virginia | Abingdon |

NAME OF SENTENCING JUDGE: Honorable James P. Jones, U.S. District Court

| DATES OF PROBATION/SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 01/26/2016 | 01/25/2018 |

OFFENSE
Possession with Intent to Distribute and Distribute Marijuana
Possession with Intent to Distribute and Distribute Methamphetamine

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
APR - 5 2016
JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **Western** DISTRICT OF **Virginia**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Northern District of Alabama - Birmingham** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

1/26/16
*Date*

/s/ James P. Jones
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **Northern** DISTRICT OF **Alabama**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3/3/2016
*Effective Date*

/s/
*United States District Judge*

**FILED**

2016 APR 15 P 3:00

U.S. DISTRICT COURT
N.D. OF ALABAMA

**SEALED**

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

MAY 26 2015

JULIA C. DUDLEY, CLERK
BY: /s/ A.J. Clark
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

UNITED STATES OF AMERICA

v.

MARIO ANTWAINE HOLIFIELD
and BRITTNEY HOOKS

Case No. 2:15CR9

Violations: 18 U.S.C. § 371
18 U.S.C. § 1001(a)(2) & (a)(3)
18 U.S.C. § 1791(a)(1) & (a)(2)
21 U.S.C. § 841(a)(1)

ND/AL
2:16-CR-112-VEH

### INDICTMENT

The Grand Jury charges, and includes in each count of this indictment, that at all times relevant to this Indictment:

1. MARIO ANTWAINE HOLIFIELD was a federal inmate at the United States Penitentiary (USP) Lee, located in Lee County, Virginia.

2. USP Lee is a prison as defined in 18 U.S.C. § 1791(d)(4) and is located on federal land in Lee County, Virginia, in the Western District of Virginia.

3. Pursuant to 28 C.F.R. § 6.1, 28 C.F.R. § 511.12 and 28 C.F.R. § 541.3, Marijuana and Methamphetamine are prohibited objects.

### COUNT ONE

The Grand Jury charges that:

1. On or about September 27, 2014, MARIO ANTWAINE HOLIFIELD possessed a prohibited object.

2. The prohibited object was Marijuana.

3. All in violation of Title 18, United States Code, Sections 1791(a)(2) and (d)(1)(B).

USAO No. 2015R00211                                                                   Page 1 of 5

## COUNT TWO

The Grand Jury charges that:

1. On or about September 27, 2014, MARIO ANTWAINE HOLIFIELD possessed a prohibited object.

2. The prohibited object was Methamphetamine.

3. All in violation of Title 18, United States Code, Sections 1791(a)(2) and (d)(1)(C).

## COUNT THREE

The Grand Jury charges that:

1. On or about September 27, 2014, BRITTNEY HOOKS, in violation of a statute or a rule or order issued under a statute, provided a prohibited object to an inmate at USP Lee.

2. The prohibited object was Marijuana.

3. All in violation of Title 18, United States Code, Sections 1791(a)(1) and (d)(1)(B).

## COUNT FOUR

The Grand Jury charges that:

1. On or about September 27, 2014, BRITTNEY HOOKS, in violation of a statute or a rule or order issued under a statute, provided a prohibited object to an inmate at USP Lee.

2. The prohibited object was Methamphetamine.

3. All in violation of Title 18, United States Code, Sections 1791(a)(1) and (d)(1)(C).

## COUNT FIVE

The Grand Jury charges that:

1. On or about September 27, 2014, in the Western District of Virginia, in a matter within the jurisdiction of the executive branch of the Government of the United States, namely the Bureau of Prisons, BRITTNEY HOOKS knowingly and willfully (a) made a materially false, fictitious and fraudulent statement and representation and (b) made and used a false writing and

document knowing the same to contain a materially false, fictitious and fraudulent statement and entry.

2. Specifically, BRITTNEY HOOKS falsely stated, represented and entered on a Bureau of Prisons' form that she did not possess Marijuana or drugs.

3. All in violation of Title 18, United States Code, Sections 1001(a)(2) and 1001(a)(3).

## COUNT SIX

The Grand Jury charges that:

1. On or about September 27, 2014, in the Western District of Virginia, BRITTNEY HOOKS knowingly and intentionally distributed and possessed with the intent to distribute a mixture or substance containing a detectable amount of Marijuana, a Schedule I controlled substance.

2. All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## COUNT SEVEN

The Grand Jury charges that:

1. On or about September 27, 2014, in the Western District of Virginia, BRITTNEY HOOKS knowingly and intentionally distributed and possessed with the intent to distribute a mixture or substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance.

2. All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT EIGHT

The Grand Jury charges that:

1. On or about September 27, 2014, in the Western District of Virginia, MARIO ANTWAINE HOLIFIELD knowingly and intentionally possessed with the intent to distribute a

mixture or substance containing a detectable amount of Marijuana, a Schedule I controlled substance.

2. All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## COUNT NINE

The Grand Jury charges that:

1. On or about September 27, 2014, in the Western District of Virginia, MARIO ANTWAINE HOLIFIELD knowingly and intentionally possessed with the intent to distribute a mixture or substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance.

2. All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT TEN

1. In or about September 2014, in the Western District of Virginia and elsewhere, MARIO ANTWAINE HOLIFIELD and BRITTNEY HOOKS conspired to have MARIO ANTWAINE HOLIFIELD, an inmate of a federal prison, namely USP Lee, possess and obtain prohibited objects, specifically Marijuana and Methamphetamine, in violation of Title 18, United States Code, Sections 1791(a)(2), 1791(d)(1)(B) and 1791(d)(1)(C).

2. To effect the object of the conspiracy, the conspirators did certain acts including, but not limited to, the following act:

> On or about September 27, 2014, BRITTNEY HOOKS provided Marijuana and Methamphetamine to MARIO ANTWAINE HOLIFIELD.

3. All in violation of Title 18, United States Code, Section 371.

A TRUE BILL, this 26th day of May, 2015.

s/Grand Jury Foreperson

*Anthony P. Giorno/SKR*
Anthony P. Giorno
Acting United States Attorney

AO 245B (Rev. 9/15 - VAW Additions 11/15) Judgment in a Criminal Case
Sheet 1

CLERK'S OFFICE U.S. DIST COURT
AT ABINGDON, VA
FILED

FILED
2016 APR 15 P 3:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## Western District of Virginia

JAN 26 2016
JULIA C. DUDLEY, CLERK
BY: /s/ [signature]
DEPUTY CLERK

UNITED STATES OF AMERICA
v.
BRITTNEY HOOKS

**JUDGMENT IN A CRIMINAL CASE**

Case Number: DVAW215CR000009-002
Case Number:
USM Number: 32130-001

ND/AL
2:16-CR-112-VEH

Randall Eads and Dimitri Dube
Defendant's Attorney

## THE DEFENDANT:

☒ pleaded guilty to count(s)    Six (6) and Seven (7) of the Indictment

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 USC Sections 841 (a)(1) and 841 (b)(1)(D) | Possession with Intent to Distribute and Distribute Marijuana | 9/27/2014 | 6 |
| 21 USC Sections 841 (a)(1) and 841(b)(1)(C) | Possession with Intent to Distribute and Distribute Methamphetamine | 9/27/2014 | 7 |

The defendant is sentenced as provided in pages 2 through ___5___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☒ Count(s)    3, 4, 5 and 10    ☐ is   ☒ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

January 26, 2016
Date of Imposition of Judgment

[signature]
Signature of Judge

James P. Jones, United States District Judge
Name and Title of Judge

1/26/16
Date

AO 245B (Rev. 9/15 - VAW Additions 11/15) Judgment in a Criminal Case
Sheet 4—Probation

Judgment—Page __2__ of __5__

DEFENDANT: BRITTNEY HOOKS
CASE NUMBER: DVAW215CR000009-002

## PROBATION

The defendant is hereby sentenced to probation for a term of:

Two (2) years. This term consists of two (2) years on each of Counts 6 and 7, all such terms to run concurrently.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*

☒ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. *(Check, if applicable.)*

☒ The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*

☐ The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. *(Check, if applicable.)*

☐ The defendant shall participate in an approved program for domestic violence. *(Check, if applicable.)*

If this judgment imposes a fine or restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B    (Rev. 9/15 - VAW Additions 11/15) Judgment in a Criminal Case
           Sheet 4C - Probation

DEFENDANT: BRITTNEY HOOKS
CASE NUMBER: DVAW215CR000009-002

Judgment-Page __3__ of __5__

## SPECIAL CONDITIONS OF SUPERVISION

While on probation, the defendant:

(1) Must pay any monetary penalty that is imposed by this judgment in the manner directed by the court;

(2) Must reside in a residence free of firearms, ammunition, destructive devices, and dangerous weapons;

(3) Must submit to warrantless search and seizure of person and property by the probation officer or other law enforcement officer, whenever such officer has reasonable suspicion that the defendant is engaged in criminal activity; and

(4) Must submit to home detention for a period of six (6) months. No electronic monitoring imposed.

AO 245B    (Rev. 9/15 - VAW Additions 11/15) Judgment in a Criminal Case
           Sheet 5 - Criminal Monetary Penalties

DEFENDANT:    BRITTNEY HOOKS
CASE NUMBER: DVAW215CR000009-002

Judgment - Page   4   of   5

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 200.00 | $ 450.00 | $ |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| **TOTALS** | $0.00 | $0.00 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

     ☐ the interest requirement is waived for the    ☐ fine    ☐ restitution.

     ☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B  (Rev. 9/15 - VAW Additions 11/15) Judgment in a Criminal Case
       Sheet 6 - Schedule of Payments

DEFENDANT:       BRITTNEY HOOKS                                          Judgment - Page  5  of  5
CASE NUMBER: DVAW215CR000009-002

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, the total criminal monetary penalties are due immediately and payable as follows:

A  [X]  Lump sum payment of $ 650.00  immediately, balance payable
       [ ]  not later than _____ , or
       [ ]  in accordance   [ ] C,  [ ] D,  [ ] E,  [ ] F or,  [ ] G below); or

B  [ ]  Payment to begin immediately (may be combined with  [ ] C,  [ ] D,  [ ] F, or  [ ] G below); or

C  [ ]  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  [ ]  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  [ ]  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  [ ]  During the term of imprisonment, payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ , or _____ % of the defendant's income, whichever is greater, to commence _____ (e.g., 30 or 60 days) after the date of this judgment; AND payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ during the term of supervised release, to commence _____ (e.g., 30 or 60 days) after release from imprisonment.

G  [ ]  Special instructions regarding the payment of criminal monetary penalties:


Any installment schedule shall not preclude enforcement of the restitution or fine order by the United States under 18 U.S.C §§ 3613 and 3664(m).

Any installment schedule is subject to adjustment by the court at any time during the period of imprisonment or supervision, and the defendant shall notify the probation officer and the U.S. Attorney of any change in the defendant's economic circumstances that may affect the defendant's ability to pay.

All criminal monetary penalties shall be made payable to the Clerk, U.S. District Court, 210 Franklin Rd., Suite 540, Roanoke, Virginia 24011, for disbursement.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

Any obligation to pay restitution is joint and several with other defendants, if any, against whom an order of restitution has been or will be entered.

[ ] Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.


[ ] The defendant shall pay the cost of prosecution.

[ ] The defendant shall pay the following court cost(s):

[ ] The defendant shall forfeit the defendant's interest in the following property to the United States:


Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

CLOSED

**FILED**
2016 APR 15 P 3:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

**U.S. District Court**
**Western District of Virginia (Big Stone Gap)**
**CRIMINAL DOCKET FOR CASE #: 2:15-cr-00009-JPJ-PMS-2**

Case title: US v Holifield

Date Filed: 05/26/2015
Date Terminated: 01/26/2016

Assigned to: Judge James P. Jones
Referred to: Magistrate Judge Pamela Meade Sargent

*[handwritten: ND/AL  2:16-CR-112-VEH]*

### Defendant (2)

**Brittney Hooks**
*TERMINATED: 01/26/2016*

represented by **Dimitri Dube**
Dimitri Dube PC
325 N St. Paul Street, Suite 2750
Dallas, TX 75201
469-484-5000
Fax: 214-975-2010
Email: dimitridubepc@gmail.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
Designation: Retained

**Randall Cameron Eads**
Eads & Eads
825 Colonial Road
Abingdon, VA 24210
276/628-3529
Fax: 628-3994
Email: randallceads@yahoo.com
*ATTORNEY TO BE NOTICED*
Designation: Retained

### Pending Counts

21:841A=CD.F - CONTROLLED
SUBSTANCE - SELL, DISTRIBUTE,
OR DISPENSE - 21:841(a)(1) and 841
(b)(1)(D) - Marijuana - Schedule I
controlled substance (9/27/14)
(6)

21:841A=CD.F - CONTROLLED
SUBSTANCE - SELL, DISTRIBUTE,

### Disposition

Probation: 2 years; S/A: $100.00; Fine:
$450.00

Probation: 2 years, concurrent; S/A:
$100.00

OR DISPENSE - 21:841(a)(1) and 841
(b)(1)(C) - Methamphetamine -
Schedule II controlled substance
(9/27/14)
(7)

### Highest Offense Level (Opening)

Felony

| Terminated Counts | Disposition |
| --- | --- |
| 18:1791D.F - CONTRABAND IN PRISON - NARCOTIC DRUG - 18:1791(a)(1) and (d)(1)(B) - Provided prohibited object to inmate, namely Marijuana (9/27/14)<br>(3) | Dismissed pursuant to plea agreement. |
| 18:1791D.F - CONTRABAND IN PRISON - NARCOTIC DRUG - 18:1791(a)(1) and (d)(1)(C) - Provided prohibited object to inmate, namely Methamphetamine (9/27/14)<br>(4) | Dismissed pursuant to plea agreement. |
| 18:1001.F - STATEMENTS OR ENTRIES GENERALLY - 18:1001(a)(2) and 1001(a)(3) - False Statements (9/27/14)<br>(5) | Dismissed pursuant to plea agreement. |
| 18:371.F - CONSPIRACY TO DEFRAUD THE UNITED STATES - Inmate possessed and obtained prohibited object, Marijuana and Methamphetamine - 9/2014<br>(10) | Dismissed pursuant to plea agreement. |

### Highest Offense Level (Terminated)

Felony

| Complaints | Disposition |
| --- | --- |
| None | |

### Plaintiff

| | | |
| --- | --- | --- |
| USA | represented by | **Debbie H. Stevens**<br>Beckley Consolidated Legal Center |

Federal Correctional Institution,
Beckley
P. O. Box 1280
Beaver, WV 25813
276-628-4161
Email: USAVAW.ECFAbingdon@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/26/2015 | 3 | MOTION to Seal Case by USA as to Mario Antwaine Holifield, Brittney Hooks. (flc) |
| 05/26/2015 | 4 | ORDER granting 3 Motion to Seal Case as to Mario Antwaine Holifield (1), Brittney Hooks (2). Signed by Judge James P. Jones on 5/26/15. (flc) |
| 05/26/2015 | 5 | SEALED INDICTMENT as to Mario Antwaine Holifield (1) count(s) 1, 2, 8, 9, 10, Brittney Hooks (2) count(s) 3, 4, 5, 6, 7, 10. (flc) |
| 05/26/2015 | 6 | Sealed Document - Unredacted Indictment. (flc) |
| 05/26/2015 | 7 | MOTION for Voluntary Disclosure of Grand Jury and Other Materials and for Limitations on Further Disclosureby USA as to Mario Antwaine Holifield, Brittney Hooks. (flc) |
| 05/26/2015 | 8 | ORDER granting 7 Motion for Disclosure as to Mario Antwaine Holifield (1), Brittney Hooks (2). Signed by Judge James P. Jones on 5/26/15. (flc) |
| 07/06/2015 |  | Arrest of Brittney Hooks in Northern District of Alabama. (ejs) (Entered: 07/07/2015) |
| 07/06/2015 | 10 | ORAL Order upon request of AUSA to Unseal Case as to Mario Antwaine Holifield, Brittney Hooks, AND Order to Unseal Indictment as to Mario Antwaine Holifield, Brittney Hooks.. Entered by Magistrate Judge Pamela Meade Sargent on 7/6/15. (ejs) (Entered: 07/07/2015) |
| 07/07/2015 | 12 | NOTICE OF HEARING as to Brittney Hooks (BOND) **(FTR)** Arraignment set for 7/20/2015 11:00 AM in Abingdon before Magistrate Judge Pamela Meade Sargent. Initial Appearance set for 7/20/2015 11:00 AM in Abingdon before Magistrate Judge Pamela Meade Sargent.(ejs) |
| 07/13/2015 | 13 | Arrest Warrant Returned Executed on 07/06/2015 in case as to Brittney Hooks. (ab) |
| 07/13/2015 | 14 | Amended MOTION for Disclosure by USA as to Mario Antwaine Holifield, Brittney Hooks. Motions referred to Judge Pamela Meade Sargent. (Stevens, Debbie) |
| 07/14/2015 | 17 | ORAL ORDER taking 14 Motion for Disclosure as a Motion to Amend 7 Motion for Disclosure to correct counsel's bar number; ORAL ORDER granting 14 Motion for Disclosure and allowing the correction of counsel's bar number |

| | | |
|---|---|---|
| | | as to Mario Antwaine Holifield (1), Brittney Hooks (2). Entered by Magistrate Judge Pamela Meade Sargent on 7/14/15. (flc) |
| 07/14/2015 | 18 | Rule 5(c)(3) Documents Received as to Brittney Hooks (lml) |
| 07/16/2015 | 20 | ORDER granting in part and denying in part 19 Motion for Discovery as to Mario Antwaine Holifield (1). Signed by Magistrate Judge Pamela Meade Sargent on 7/16/15. (flc) (Entered: 07/17/2015) |
| 07/17/2015 | 21 | First MOTION for *Dimitri Dube* to Appear Pro Hac Vice. by Brittney Hooks. Motions referred to Judge Pamela Meade Sargent. (Eads, Randall) |
| 07/20/2015 | 22 | Additional Information in support of 21 Motion for Dimitri Dube to Appear Pro Hac Vice. (flc) |
| 07/20/2015 | 23 | Minute Entry for proceedings held before Magistrate Judge Pamela Meade Sargent:Initial Appearance as to Mario Antwaine Holifield, Brittney Hooks held on 7/20/2015, Arraignment as to Mario Antwaine Holifield (1) Count 1,2,8,9,10 and Brittney Hooks (2) Count 3,4,5,6,7,10 held on 7/20/2015, Bond Hearing as to Mario Antwaine Holifield, Brittney Hooks held on 7/20/2015. Defendant Holified was remanded to the custody of the USMS. Defendant Hooks was released on bond. (Court Reporter Felicia Clark, FTR) (flc) |
| 07/20/2015 | 24 | FTR Log Notes as to Mario Antwaine Holifield, Brittney Hooks for Initial Appearance / Arraignment / Bond Hearing in the Abingdon Division held before Judge Pamela Meade Sargent on 7/20/15. In accordance with 28 USC 753(b), I certify that I monitored the digital recording of this proceeding and that it is a true and correct record, that it is sufficiently intelligible when played on the FTR (For the Record) Player, and that it can be transcribed without undue difficulty. FTR Operator: Felicia Clark, FTR (flc) |
| 07/20/2015 | 25 | ORDER granting 21 MOTION for *Dimitri Dube* to Appear Pro Hac Vice as to Brittney Hooks (2). Signed by Magistrate Judge Pamela Meade Sargent on 7/20/15. (flc) |
| 07/20/2015 | 28 | ORDER Setting Conditions of Release as to Brittney Hooks (2) $25,000.00, Unsecured. Signed by Magistrate Judge Pamela Meade Sargent on 7/20/15. (flc) |
| 07/20/2015 | 29 | Unsecured Bond Entered as to Brittney Hooks in amount of $ 25,000.00. (flc) |
| 07/20/2015 | 30 | JONES PRETRIAL ORDER as to Mario Antwaine Holifield, Brittney Hooks. Signed by Judge James P. Jones on 7/20/15. (flc) |
| 07/20/2015 | 31 | NOTICE OF HEARING as to Mario Antwaine Holifield (CUSTODY), Brittney Hooks (BOND) **(CR) and (FTR)** : Jury Trial set for 9/22/2015 and 9/23/2015 at 9:00 a.m. in Big Stone Gap before Judge James P. Jones. **Counsel must contact the Clerk's Office no later than five (5) business days before the scheduled trial date for your technology needs.** Pretrial Conference set for 9/8/2015 at 1:30 p.m. in Abingdon before Magistrate Judge Pamela Meade Sargent.(flc) |
| 07/21/2015 | 34 | Order Vacating 25 Order on Motion to Appear Pro Hac Vice and Mr. Dube's pro hac vice admission in this court is SUSPENDED pending his appearance |

| | | |
|---|---|---|
| | | before the court on 7/31/15 at 9:30 a.m. to determine whether this court should refer this matter for investigation and possible disciplinary proceedings under the court's Rules of Disciplinary Enforcement. It is further ORDERED that Randall Eads shall also appear before the court on 7/31/15 at 9:30 a.m., to determine whether this court should refer the matter for investigation and possible disciplinary proceedings under the court's Rules of Disciplinary Enforcement. Signed by Magistrate Judge Pamela Meade Sargent on 7/21/15. (flc) |
| 07/21/2015 | 35 | NOTICE OF HEARING as to Dimitri Dube and Randall Eads **(FTR)** : Show Cause Hearing to determine whether this court should refer this matter for investigation and possible disciplinary proceedings under the court's Rules of Disciplinary Enforcement set for 7/31/2015 at 9:30 a.m. in Abingdon before Magistrate Judge Pamela Meade Sargent.(flc) |
| 07/29/2015 | 41 | RESPONSE TO ORDER TO SHOW CAUSE by Brittney Hooks (Attachments: # 1 Exhibit CLE Hours, # 2 Exhibit Reinstatement Letter from PA, # 3 Exhibit Certificate of Good Standing)(Eads, Randall) |
| 07/29/2015 | 42 | NOTICE RESCHEDULING HEARING **(FTR)** previously set for 7/31/2015 at 9:30 a.m. before Judge Pamela Meade Sargent in Abingdon as to Dimitri Dube and Randall Eads as to Brittney Hooks: Show Cause Hearing reset for 8/10/2015 at 2:30 p.m. in Abingdon before Magistrate Judge Pamela Meade Sargent. *GOVERNMENT COUNSEL AND DEFENDANT'S PRESENCE ARE NOT REQUIRED*(flc) |
| 08/10/2015 | 43 | Minute Entry for proceedings held before Magistrate Judge Pamela Meade Sargent:Show Cause Hearing as to Randall Eads and Dimitri Dube held on 8/10/2015. (Court Reporter Felicia Clark, FTR) (flc) (Entered: 08/11/2015) |
| 08/10/2015 | 44 | FTR Log Notes as to Brittney Hooks for Show Cause Hearing in the Abingdon Division held before Judge Pamela Meade Sargent on 8/10/15. In accordance with 28 USC 753(b), I certify that I monitored the digital recording of this proceeding and that it is a true and correct record, that it is sufficiently intelligible when played on the FTR (For the Record) Player, and that it can be transcribed without undue difficulty. FTR Operator: Felicia Clark, FTR (flc) (Entered: 08/11/2015) |
| 08/11/2015 | 45 | ORDERED that Dimitri Dube may continue to appear in this matter pro hac vice for the defendant as to Brittney Hooks. Signed by Magistrate Judge Pamela Meade Sargent on 8/11/15. (flc) |
| 08/25/2015 | 46 | PLEA AGREEMENT as to Brittney Hooks. (Stevens, Debbie) |
| 08/26/2015 | 47 | NOTICE OF CANCELLATION of PTC set for 9/8/15 at 1:30 p.m. in Abingdon before Magistrate Judge Pamela Meade Sargent and Jury Trial set for 9/22/15 thru 9/23/15 at 9:00 a.m. in Big Stone Gap before Judge James P. Jones as to Brittney Hooks (BOND). (flc) |
| 08/28/2015 | 51 | NOTICE OF HEARING as to Brittney Hooks (BOND) **(CR)** : Change of Plea Hearing set for 9/9/2015 at 11:00 a.m. in Abingdon before Judge James P. Jones.(flc) |
| | | |

| | | |
|---|---|---|
| 09/04/2015 | 52 | MOTION to Continue-Ends of Justice for Guilty Plea by Brittney Hooks. (Dube, Dimitri) |
| 09/08/2015 | 53 | ORAL ORDER granting 52 Motion to Continue-Ends of Justice for Guilty Plea as to Brittney Hooks (2). Entered by Magistrate Judge Pamela Meade Sargent on 9/8/15. (flc) Modified on 9/8/2015 to correct judge(flc). |
| 09/08/2015 | 54 | NOTICE OF HEARING as to Brittney Hooks (BOND) **(CR)** : Change of Plea Hearing reset for 9/22/2015 at 11:00 a.m. in Abingdon before Judge James P. Jones.(flc) |
| 09/22/2015 | 58 | Minute Entry for proceedings held before Judge James P. Jones:Guilty Plea Hearing as to Brittney Hooks held on 9/22/2015; Plea entered by Brittney Hooks (2) Guilty Count 6,7. Defendant to remain on bond pending sentencing hearing. (Court Reporter Bridget Dickert, OCR) (flc) |
| 09/22/2015 | 59 | NOTICE OF HEARING as to Brittney Hooks (BOND) **(CR)** : Sentencing set for 1/5/2016 at 11:30 a.m. in Abingdon before Judge James P. Jones.(flc) |
| 12/23/2015 | 62 | First MOTION to Continue *sentencing hearing* by Brittney Hooks. (Dube, Dimitri) Modified on 12/28/2015 to remove referral text; Motion not referred (lml). |
| 12/28/2015 | 63 | ORAL ORDER granting 62 Motion to Continue Sentencing as to Brittney Hooks (2). Entered by Judge James P. Jones on 12/28/2015. (lml) |
| 12/28/2015 | 64 | Notice of Cancellation of Sentencing set for 1/5/2016 at 11:30 a.m. in Abingdon before Judge James P. Jones as to Brittney Hooks (BOND)(lml) |
| 01/11/2016 | 70 | NOTICE OF HEARING as to Brittney Hooks (BOND) **(CR)** Sentencing reset for 1/26/2016 10:30 AM in Abingdon before Judge James P. Jones. (lml) |
| 01/20/2016 | 76 | SENTENCING MEMORANDUM by Brittney Hooks (Attachments: # 1 Exhibit, # 2 Exhibit)(Dube, Dimitri) |
| 01/26/2016 | 77 | Minute Entry for proceedings held before Judge James P. Jones:Sentencing held on 1/26/2016 for Brittney Hooks (2), Counts 10, 3, 4, 5, Dismissed pursuant to plea agreement.; Count 6, Probation: 2 years; S/A: $100.00; Fine: $450.00; Count 7, Probation: 2 years, concurrent; S/A: $100.00. (Court Reporter Bridget Dickert, OCR) (flc) |
| 01/26/2016 | 78 | JUDGMENT as to Brittney Hooks (2), Counts 10, 3, 4, 5, Dismissed pursuant to plea agreement.; Count 6, Probation: 2 years; S/A: $100.00; Fine: $450.00; Count 7, Probation: 2 years, concurrent; S/A: $100.00. Signed by Judge James P. Jones on 1/26/16. (flc) |
| 01/26/2016 | 80 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Brittney Hooks (df) |
| 04/05/2016 | 84 | Supervised Release/Probation Jurisdiction Transferred to Northern District of Alabama as to Brittney Hooks Transmitted Transfer of Jurisdiction from Western District of Virginia ECF website to Northern District of Alabama ECF website. Notice to Northern District of Alabama, please use your PACER login and password to retrieve needed documents related to this proceeding. The clerk will transmit any restricted documents via email. (ejs) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/15/2016 15:50:53 | | | |
| **PACER Login:** | us4376 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:15-cr-00009-JPJ-PMS |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |